1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                        No. 2:24-cv-00715-JAM-CSK
         IN RE:  STEVEN WAYNE BONILLA
12                                                        No. 2:24-cv-00716-JAM-CSK

13                                                        No. 2:24-cv-00717-JAM-CSK

14                                                        No. 2:24-cv-00718-JAM-CSK

15                                                        No. 2:24-cv-00719-JAM-CSK

16                                                        No. 2:24-cv-00720-JAM-CSK

17                                                        No. 2:24-cv-00721-JAM-CSK

18                                                        No. 2:24-cv-00722-JAM-CSK

19                                                        No. 2:24-cv-00723-JAM-CSK

20                                                        No. 2:24-cv-00724-JAM-CSK

21                                                        **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                                    1

1   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2   the Court to open a new case for each attempted new pleading and assign it to the Court for

3   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6   finds they are related to Plaintiff's Alameda County criminal conviction.

7         Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00715, 2:24-cv-00716, 2:24-cv-

8   00717, 2:24-cv-00718, 2:24-cv-00719, 2:24-cv-00720, 2:24-cv-00721, 2:24-cv-00722, 2:24-cv-

9   00723 and 2:24-cv-00724 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

10  these cases.  **No further filings will be accepted**.

11

12   Dated: April 04, 2024                              /s/ John A. Mendez
                                                         _____
                                                         THE HONORABLE JOHN A. MENDEZ
13                                                       SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2